IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| v. | ) | CASE NO. 4:15-cr-00190-2 |
| Max Robert Godfrey, Jr.<br>Defendant. | ) |  |

## O R D E R

Defendant Godfrey has filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c). The Motion is premised on Amendment 794 to the United States Sentencing Guidelines. (Doc. 32.)

Section 3582(c)(2) allows the court to modify a person's sentence if the guideline under which a person was sentenced is lowered by the Sentencing Commission *after* he is sentenced. Amendment 794 to the Sentencing Guidelines, which amended U.S.S.G. § 3B1.2 to provide additional guidance to sentencing courts in determining whether a mitigating role adjustment applies, was effective November 1, 2015. Defendant was sentenced more than two months later, on January 27, 2016. The Court did not apply a mitigating role reduction as to Defendant, nor did any party argue for such a reduction.

Defendant cannot argue that he was sentenced "to a term of imprisonment...that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). As such, Defendant's request for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) falls outside the scope of the statute.

Order on Motion
**Max Robert Godfrey, Jr.** - 4:15-cr-00190-2

Defendant's Motion is **DENIED**.

SO ORDERED this **3RD** day of **FEBRUARY** 2017.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA